OFFICE OF DISCIPLINARY COUNSEL *v.* CHRIST.

[Cite as *Disciplinary Counsel v. Christ* (1996), 74 Ohio St.3d 308.]

(No. 95–1670—Submitted September 27, 1995—Decided January 17, 1996.)

*Geoffrey Stern,* Disciplinary Counsel, and *Lori J. Brown,* Assistant Disciplinary Counsel, for relator.

*Mary L. Cibella,* for respondent.

---

*Per Curiam.* Upon review of the record, we concur in the board's finding of misconduct and its recommendation. Respondent is therefore publicly reprimanded for having violated DR 9–101(A). Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.